

**Empire Justice Center**
Making the law work for all New Yorkers

Albany • Rochester • White Plains

January 24, 2006

Hon. Michael A. Telesca
United States District Court
U. S. Courthouse
100 State Street
Rochester, New York 14614

**Re: Digna Rivera v. Commissioner of Social Security**
    Civ. No. 05-CV-6198T

Dear Judge Telesca:

Plaintiff's Motion on the Pleadings in the above captioned case is due on January 26, 2006. The Office of the United States Attorney has indicated that it has no objection to an extension until February 23, 2006, for the Plaintiff to file her motion. Thank you

Sincerely,

Catherine M. Callery

cc: Christopher V. Taffe
    Assistant U.S. Attorney

SO ORDERED:

HONORABLE MICHAEL A. TELESCA
UNITED STATES DISTRICT COURT JUDGE
DATED: 1/30/06